IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH MYTIER, | No. 2:20-cv-1492-RSM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE AND CASE SCHEDULING DEADLINES** |
| HORACE MANN INSURANCE COMPANY, | |
| Defendant. | |

## I.     STIPULATED MOTION FOR CONTINUANCE

COMES NOW, Plaintiff Sarah Mytier, and Defendant Horace Mann Insurance Company, (collectively, the "Parties") having each appeared in this matter through the undersigned counsel and, pursuant to Local Court Rule 16(b)(6) of the United States District Court for the Western District of Washington, hereby agree and stipulate to continue the current case scheduling dates and trial date by six months, at the earliest, or the Court's soonest availability thereafter.  Good cause exists for the requested continuance because despite the Parties' diligent efforts to engage in meaningful discovery and settlement negotiations, additional time is required in order to adequately complete same.

1
2
3

   Therefore, the Parties stipulate and request that the Court continue the current trial date and issue an Amended Case Schedule which shall reflect the change in trial date and corresponding deadlines.

4
5

   DATED this ___ day of August, 2021.

6
7

BAKER LAW FIRM P.S.        SMITH FREED EBERHARD PC

8
9
10
11
12

By:/s/Gary L. Baker          By:/s/Gordon C. Klug
  Gary L. Baker, WSBA No. 16206      Gordon C. Klug, WSBA No. 21449
  *Attorney for Plaintiff*         Email:  gklug@smithfreed.com
                   Judson D. Taylor, WSBA No. 46127
                   Email: jtaylor@smithfreed.com
                   *Attorneys for Defendant Horace Mann*
                   *Insurance Company*

13
14
15
16
17
18
19
20
21
22
23
24
25
26

## <u>ORDER</u>

THIS MATTER having come before the Court upon Stipulation of the Parties, and with the Court having reviewed the Stipulated Motion and the records and files herein, and otherwise deeming itself fully advised of the premises, it is now, therefore, ORDERED, ADJUDGED, AND DECREED that:

(a) The current trial date of February 28, 2022, is continued until September 12, 2022; and

(b) The Court will issue an Amended Case Schedule which shall reflect the change in trial date and corresponding deadlines.

DATED this 31st day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON DEFENDANTS' MOTION TO CONTINUE - 3